**From: The District Court of the 8th Judicial District.
County of Cascade.**

**STATE OF MONTANA,**
    **Plaintiff,**                                    **CAUSE NO.  DDC-09-110**
**vs.**                                                **DECISION**

**RONALD LATRAY,**
**Defendant,**

On May 21, 2009, the defendant was sentenced to a commitment to the Department of Corrections for a term of five (5) years for the offense of <u>Count I</u>: Driving Under the Influence of Alcohol – 11th Lifetime Offense, a felony. The court recommends the Department of Corrections place the Defendant at the Montana State Prison. The Court further recommends the Department place the Defendant either in the WATCh Program or in a similar comparable alcohol treatment program. The Defendant was declared ineligible for parole for five (5) years.

On November 12, 2009, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 12th day of November, 2009.

DATED this 25th day of November, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Hon. Richard Simonton.

**From: The District Court of the 13th Judicial District.**
**County of Yellowstone.**

**STATE OF MONTANA,**
**Plaintiff,**                                      **CAUSE NO. DC-08-388**